UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-CV-870 |
| v. | ) |
| | ) Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) Magistrate Judge Maria Valdez |
| Defendants. | ) |

**AGREED MODIFIED ASSET RESTRAINT ORDER**

After considering the unopposed motion to modify preliminary injunction order to allow Defendants SHIEID US and BAILI-US (collectively "*SHIEID Defendants*") to post bond in lieu of an asset freeze [DKT# 45], the Court hereby orders that the asset restraint granted under paragraph 6 of the Preliminary Injunction [DKT# 37] shall be modified as to SHIEID Defendants as follows:

1. The SHIEID Defendants may post a surety bond in the following amounts in lieu of the current asset freeze:

SHIEID US (SHIEID US account and also counting another Amazon store account belongs to the same owner): $49,347.72

BAILI-US: $1,303.83

The surety bonds shall remain with the Court until further ordered by this Court.

2. Those surety bond shall comply with the requirements of Local Rule 65.1, operate analogously to Local Rule 65.3 (except that, in addition to costs, the bond would also secure any judgment in favor of Plaintiff), and would be subject to Federal Rule of Civil Procedure 65.1.

1

3. Within two business days of Defendant posting a surety bond in accordance with this Order, Plaintiff shall instruct Amazon.com, Inc. and Amazon Pay ("*Amazon*"), to release the funds currently frozen in the SHIEID Defendants' financial accounts.

4. Plaintiff shall copy Defendant's counsel on all communications between Plaintiff and Amazon about the modification ordered herein. The parties shall cooperate to ensure that the modification ordered herein is effectuated, and such cooperation shall include reasonable follow-up efforts with Amazon as needed.

IT IS SO ORDERED.

DATED: May 5, 2022

_____
Honorable Sara L. Ellis
United States District Judge