Case: 1:22-cv-00870 Document #: 17-2 Filed: 02/18/22 Page 136 of 362 PageID #:1017



**EXHIBIT A**        **17-2, p. 136**

Case: 1:22-cv-00870 Document #: 17-2 Filed: 02/18/22 Page 137 of 362 PageID #:1018



**EXHIBIT A** 17-2, p. 137

Case: 1:22-cv-00870 Document #: 17-2 Filed: 02/18/22 Page 138 of 362 PageID #:1019



**EXHIBIT A**                    **17-2, p. 138**

Case: 1:22-cv-00870 Document #: 17-2 Filed: 02/18/22 Page 139 of 362 PageID #:1020



**EXHIBIT A**  **17-2, p. 139**

Case: 1:22-cv-00870 Document #: 17-2 Filed: 02/18/22 Page 140 of 362 PageID #:1021



**EXHIBIT A**  **17-2, p. 140**