Case: 1:22-cv-00870 Document #: 17-1 Filed: 02/18/22 Page 27 of 406 PageID #:502



**EXHIBIT B**

Case: 1:22-cv-00870 Document #: 17-1 Filed: 02/18/22 Page 28 of 406 PageID #:503



**EXHIBIT B**

Case: 1:22-cv-00870 Document #: 17-1 Filed: 02/18/22 Page 29 of 406 PageID #:504



**EXHIBIT B**

Case: 1:22-cv-00870 Document #: 17-1 Filed: 02/18/22 Page 30 of 406 PageID #:505



**EXHIBIT B**



Amazon.com Seller Profile: BAILI
amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=111-0648791-7381809&protocol=curre...
amazon prime
Deliver to Lauri
Chicago 60606
All
Hello, Joey
Account & Lists
Returns
& Orders
0
Cart
All
Customer Service
Amazon Live
Joey's Amazon.com
Buy Again
Groceries
Shopper Toolkit
Amazon Business
Health & Household
Beauty & Personal Care
Gift Cards
Amazon Launchpad
Coupons
Watch "Hotel Transylvania 4"
BAILI-US
BAILI-US storefront
Just launched No feedback yet
BAILI-US is committed to providing each customer with the highest standard of customer service.
Have a question for BAILI-US?
Ask a question
Detailed Seller Information
Business Name:Chang Guan Mao Yi Shen Zhen You Xian Gong Si
Business Address:
(HengGangDuan) 6698Hao XingHeZhiHui A2 Qu E2003
YuanShanJieDao BaoAnSheQu LongGangDaDao
ShenZhenShi LongGangQu
518115
CN
Returns & Refunds
Shipping
Policies
Help
Gift Wrap
Products
Please refer to the Amazon.com Return Policy.
Leave seller feedback
Tell us what you think about this page
Buy it again
Page 1 of 6

**EXHIBIT B**