## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| PopSockets LLC | ) | Case No: 22 CV 870 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Sara L. Ellis |
|  | ) |  |
| The Partnerships and | ) |  |
| Unincorporated Associations | ) |  |
| Identified on Schedule "A" | ) |  |
|  | ) |  |

**ORDER**

The Court grants the parties' motion to dissolve the Agreed Modified Asset Restraint Order [84]. The Court dissolves the Agreed Modified Asset Restraint Order [52] and paragraphs 2 and 5 of the Preliminary Injunction [42]. The Court releases the $49,346.72 surety bond [68] posted by Defendant SHIELD US to Defendant SHIELD US or its counsel and the $1,303.83 surety bond [69] posted by Defendant BAILI-US to Defendant BAILI-US or its counsel. The Court orders the Clerk of the Court to return the surety bonds previously deposited with the Clerk of the Court to Defendants or Defendants' counsel. The Court strikes the status date set for 8/10/2022 and resets it to 9/7/2022 at 9:30 a.m. If the parties file a stipulation of dismissal prior to the next status date, no appearance is required.

Date: August 9, 2022         /s/ _____
                             SARA L. ELLIS
                             UNITED STATES DISTRICT JUDGE